**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**DAMON BERNARD WALKER,**

   *Petitioner*,

**v.**                                                        **Case No.: 5:26cv60-MW/MJF**

**ATTORNEY GENERAL OF
THE STATE OF FLORIDA,**

   *Respondent.*

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. This Court previously granted an extension of time to file objections after the Report and Recommendation was returned as undeliverable to Petitioner and re-mailed to his corrected address. *See* ECF No. 10. However, Petitioner's extended deadline has expired and over two months have passed with no word from Petitioner. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 8, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is

**DISMISSED without prejudice** for Petitioner's failure to prosecute, and failure to

comply with two Court Orders." The Clerk shall close the file.

    **SO ORDERED on August 5, 2026.**

                      **s/Mark E. Walker**
                      **United States District Judge**